UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

                  Petitioner,

  v.

MICHAEL OBENLAND,

                  Respondent.

No. C13-5490 RJB/KLS

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 21st day of June, 2013.

                                    Karen L. Strombom
                                    United States Magistrate Judge