UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>                    Petitioner,<br><br>     v.<br><br>MICHAEL OBENLAND,<br><br>                    Respondent. | No. C13-5490 RJB/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 21st day of June, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1