UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>                Petitioner,<br><br>    v.<br><br>MICHAEL OBENLAND,<br><br>                Respondent. | NO. C13-5490 RJB/KLS<br><br>ORDER GRANTING MOTION TO EXTEND STAY |

On August 19, 2013, the Court granted Petitioner's motion to stay his federal habeas petition while his post-sentence challenge is adjudicated in the Washington state courts. ECF No. 22. Petitioner now moves to extend the stay to complete a state court post-conviction motion based on a claim of newly discovered evidence. ECF No. 23. Respondent does not oppose the requested stay. ECF No. 24. Accordingly, it is **ORDERED:**

(1) Petitioner's motion to extend the stay (ECF No. 23) is **GRANTED** and this matter is **STAYED** pending resolution of the state court proceedings.

(2) Petitioner shall advise the Court within **thirty (30)** days of receiving a final State court ruling.

(3) The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this 3rd day of October, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1