1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   JEROME CEASAR ALVERTO,

9                         Petitioner,

10          v.

11  MICHAEL OBENLAND,

12                        Respondent.

13

CASE NO. C13-5490 RJB-KLS

ORDER REQUIRING RESPONDENT
TO RESPOND TO PETITIONER'S
MOTION FOR AN EXTENSION OF
TIME

14          This is a federal habeas action filed pursuant to 28 U.S.C. § 2254.  The undersigned

15  Magistrate Judge stayed this action so that petitioner could exhaust two claims that were pending

16  before the Washington State Court of Appeals Cause No. 44098-9-II.  Dkt. 22.  Respondent

17  agreed that the action should be stayed.  Dkt. 19.  The undersigned has extended the stay three

18  times.  Dkt. 25, 29 and 31.

19          Petitioner again asks for an extension of the stay (Dkt. 34), but he does not inform the

20  Court of the status of personal restraint petition in Cause No. 44098-9-II.  Instead petitioner

21  references several other pleadings he has filed in state court since the stay in this action was

22  entered.

23

ORDER REQUIRING RESPONDENT
TO RESPOND TO PETITIONER'S
MOTION FOR AN EXTENSION OF
TIME - 1

1   Under the circumstances, the undersigned would like input from respondent regarding

2   continuing the stay in this action.  Accordingly the respondent is ordered to file a response to

3   petitioner's motion on or before January 16, 2015.  The response should inform the Court of the

4   status of the petition filed under Cause No. 44098-9-II and whether or not the Respondent agrees

5   that continuation of the stay is proper.

6   Petitioner may file a reply of not more than five pages by January 23, 2015.  Petitioner's

7   motion to extend the stay (Dkt. 34) is re-noted for January 23, 2015.  The undersigned orders that

8   this case remains stayed until the ruling on petitioner's motion to extend the stay is entered.

9                                    SUMMARY

10  The clerk is directed to renote the petitioner's motion for extension of time (Dkt. 34) to

11  January 23, 2015.

12  Dated this 23rd day of December, 2014.

13

14

15                                    Karen L. Strombom

16                                    United States Magistrate Judge

17

18

19

20

21

22

23

ORDER REQUIRING RESPONDENT
TO RESPOND TO PETITIONER'S
MOTION FOR AN EXTENSION OF
TIME - 2