UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME CEASAR ALVERTO,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL OBENLAND,<br><br>    Respondent. | CASE NO. C13-5490 RJB-KLS<br><br>ORDER DENYING PETITIONER'S MOTION TO CLAIFY AND UPDATE THE RECORD |

Before the Court is Petitioner's motion to clarify and update the record. Dkt. 42. Petitioner, Mr. Alverto, filed his motion after the undersigned granted Mr. Alverto's motion to continue to stay this matter and hold it in abatement until he exhausts certain claims in state court. Dkt. 40. Currently this matter is stayed until July 17, 2015. *Id*. The order granting the extension of the stay informs Mr. Alverto what steps he must take if he wishes to extend the stay. *Id*.

Mr. Alverto asks the undersigned to adopt his version of facts and place blame for any delay in the proceedings on the state and state courts. Dkt. 42 pp. 2-4. Petitioner also seeks to inform the undersigned of other matters he has filed that are pending in the Washington State Court of Appeals. Dkt. 42, p.

ORDER - 1

1   With the filing of this motion Mr. Alverto is ignoring the stay that was entered in this action. In 1929 the Ninth Circuit had occasion to consider what the word "stay" means. One of the definitions the Court set forth was "to cease from any motion or course of action." *Goodcell v. Graham*, 35 F. 2d, 586, 587 (9th Cir. 1929). This definition is applicable to this action. The undersigned will not enter orders, or make findings of fact, on the merits of any claim or defense while the action is stayed.

Accordingly, Petitioner's motion to clarify and update the record (Dkt. 42) is **DENIED**.

The Clerk shall send a copy of this Order to Petitioner and counsel for Respondent.

DATED this 24th day of March, 2015.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2