UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

          Petitioner,

v.

MICHAEL OBENLAND,

          Respondent.

No. 3:13-cv-5490 RJB-DWC

**REPORT AND RECOMMENDATION**
**Noted for: September 15, 2017**

Petitioner Jerome Ceasar Alverto requests that this Court dismiss his currently stayed habeas corpus petition without prejudice in light of several state court actions currently pending in Washington state courts. Dkt. 73. Respondent is not opposed to the dismissal. Dkt. 74.

## DISCUSSION

A petitioner may voluntarily dismiss an action without leave of court before service by the adverse party of an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court and upon such terms and conditions as the court deems proper. *Id.* This action has been stayed since August 19, 2013 to allow petitioner an opportunity to exhaust his state court remedies. Dkt. 22. Respondent has not filed an answer or motion to dismiss. In addition, Respondent does not oppose the dismissal without prejudice. Dkt. 74.

REPORT AND RECOMMENDATION - 1

**CONCLUSION**

Based on the foregoing, the undersigned recommends that the Court grant petitioner's motion to voluntarily dismiss his petition without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **September 15, 2017**, as noted in the caption.

**DATED** this 25th day of August, 2017.

David W. Christel
United States Magistrate Judge