UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

                         Petitioner,

    v.

MICHAEL OBENLAND,

                         Respondent.

No. 3:15-CV-5490 RJB-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the

Report and Recommendation of Magistrate Judge David W. Christel and the remaining record,

does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 76).

(2) Petitioner's motion to withdraw his habeas petition (Dkt. 73) is **GRANTED**; the habeas petition is **dismissed without prejudice.**

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to Judge Christel.

**DATED** this 18th day of September, 2017.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1