UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

    Petitioner,

v.

MICHAEL OBENLAND,

    Respondent.

No. 3:13-CV-5490 RJB-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the motion for relief from judgment or order, the response, the reply, the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's motion for relief from judgment or order (Dkt. 81) is **DENIED.**

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to Judge Christel.

**DATED** this 1st day of October, 2019.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1